UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALVARO VARGAS,<br><br>                    Plaintiff,<br><br>     v.<br><br>CITY OF GRANGER, a Washington Municipal Corporation; FORMER CHIEF OF POLICE ROBERT PERALES, of Granger Police Department; JOHN DOES NOS. 1-20,<br><br>                    Defendants. | NO: 1:16-CV-3202-TOR<br><br>ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is Plaintiff's Motion for Order of Dismissal With Prejudice (ECF No. 5). Plaintiff represents that this matter has been fully settled and compromised and requests an order of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and without fees or costs to either party. Because Defendant has neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this case. Fed. R. Civ. P. 41(a)(1)(A)(i).

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1  **ACCORDINGLY, IT IS HEREBY ORDERED**:

2  All claims and causes of action in this matter are **DISMISSED** with

3  prejudice and without costs or fees to any party.

4  The District Court Executive is hereby directed to enter this Order, furnish

5  copies to counsel, and **CLOSE** the file.

6  **DATED** January 2, 2017.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2